## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ruiz, Adrianna M

Printed: 01/22/09

Case Number:  05 B 18498
Judge:  Hollis, Pamela S
Filed:  5/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  December 12, 2008
Confirmed:  July 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,168.00 |  |
| Secured: |  | 7,370.19 |
| Unsecured: |  | 1,066.49 |
| Priority: |  | 1,381.31 |
| Administrative: |  | 2,910.00 |
| Trustee Fee: |  | 695.09 |
| Other Funds: |  | 744.92 |
| Totals: | 14,168.00 | 14,168.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Kia Financial Services | Secured | 7,370.19 | 7,370.19 |
| 3. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,381.31 | 1,381.31 |
| 5. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 6. | Kia Financial Services | Unsecured | 3.19 | 31.89 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 36.00 | 360.00 |
| 8. | Municipal Collection Services | Unsecured | 50.00 | 500.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 17.46 | 174.60 |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Harvard Collection Services In | Priority | | No Claim Filed |
| 12. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 13. | Advocate Health Care | Unsecured | | No Claim Filed |
| 14. | Money Control | Unsecured | | No Claim Filed |
| 15. | ACC International | Unsecured | | No Claim Filed |
| 16. | Ama Credit Service | Unsecured | | No Claim Filed |
| 17. | Berwyn Police Dept | Unsecured | | No Claim Filed |
| 18. | Bennett & Deloney | Unsecured | | No Claim Filed |
| 19. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 20. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 21. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |
| 22. | ICS | Unsecured | | No Claim Filed |
| 23. | Harris & Harris | Unsecured | | No Claim Filed |
| 24. | KCA Financial Services | Unsecured | | No Claim Filed |
| 25. | Harris & Harris | Unsecured | | No Claim Filed |
| 26. | Harvard Collection Services In | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ruiz, Adrianna M

Printed: 01/22/09

Case Number:  05 B 18498
Judge:  Hollis, Pamela S
Filed:  5/10/05

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Credit Management Service | Unsecured | | No Claim Filed |
| 28. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 29. | Med Ex | Unsecured | | No Claim Filed |
| 30. | Midwest Medical | Unsecured | | No Claim Filed |
| 31. | Advocate Health Care | Unsecured | | No Claim Filed |
| 32. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 33. | NAFS | Unsecured | | No Claim Filed |
| 34. | MRSI | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | RPM Inc | Unsecured | | No Claim Filed |
| 37. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 38. | RPM Inc | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 41. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 42. | Women's Group Of Northwestern | Unsecured | | No Claim Filed |
| 43. | Rush University | Unsecured | | No Claim Filed |
| | | | $ 11,768.15 | $ 12,727.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 31.68 |
| 5.5% | 193.58 |
| 5% | 61.60 |
| 4.8% | 105.61 |
| 5.4% | 240.90 |
| 6.5% | 78.68 |
| 6.6% | (16.96) |
| | $ 695.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

